# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA HAYES, | )  |
| Plaintiff, | ) Civil Action No. 1:18-cv-00188 |
| v. | ) Honorable Susan Paradise Baxter |
| MEADVILLE MEDICAL CENTER, | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, with prejudice. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction only to the extent necessary to enforce any settlement agreement in this case.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

BY:   /s/ *Timothy McNair*
    Timothy McNair, Esq.
    tmcnair@mcnairlaw.com
    821 State Street
    Erie, PA 16501
    814-452-0700
    814-454-2371 (Fax)
    *Attorney for Plaintiff*

JACKSON LEWIS P.C.

BY:   /s/ *Marla N. Presley*
    Marla N. Presley, Esq.
    Marla.Presley@jacksonlewis.com
    Zachary J. Mueller, Esq.
    Zachary.Mueller@jacksonlewis.com
    1001 Liberty Avenue, Suite 1000
    Pittsburgh, PA 15222
    412-232-0404
    412-232-3441 (Fax)
    *Attorneys for Defendant*

It is so ordered.

_____
United States District Judge